## 36471. TIMBERLAKE v. THE STATE.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED JUNE 17, 1980.

*Herbert Shafer,* for appellant.
*Lewis R. Slaton, District Attorney, Wallace Speed, Assistant District Attorney,* for appellee.